# Court of Appeals
## Tenth Appellate District of Texas

10-26-00066-CR

In re Bryan Lacy Swisher

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Bryan Lacy Swisher, proceeding pro se, filed a document in this Court that we construe as an application for writ of habeas corpus. This document addresses Swisher's convictions in trial court cause number 2016-774-C1 for the offenses of continuous sexual abuse of a child and indecency with a child. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07.[1] Swisher raises claims of double jeopardy and actual innocence, and argues that the State suppressed evidence in violation of *Brady v. Maryland*, 373 U.S. 83 (1963), and knowingly sponsored perjured testimony.

---

[1] We previously affirmed these convictions. *See Swisher v. State*, No. 10-19-00285-CR, 2020 WL 7867281 (Tex. App.—Waco Dec. 30, 2020, pet. ref'd) (mem. op., not designated for publication).

Intermediate appellate courts do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d). Jurisdiction to grant a writ of habeas corpus in a criminal case vests with the Court of Criminal Appeals, the district courts, the county courts, or any judge in those courts. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; *Ex parte Braswell*, 630 S.W.3d 600, 601-02 (Tex. App.—Waco 2021, orig. proceeding).

Accordingly, we dismiss Swisher's application for writ of habeas corpus for want of jurisdiction.

---

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  March 12, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
Do not publish
OT06

